IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30643
Conference Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMOS J. CONDE, JR.,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. CA-95-1310
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Amos J. Conde, Jr., appeals from the district court's order denying his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. He argues that he was subjected to multiple punishment in violation of the Double Jeopardy Clause and that he was deprived of effective assistance of counsel in violation of the Sixth Amendment. We have reviewed the record and the district court's order and find no reversible error. See United States v. Conde, No. 92-451 (E.D. La. June 15, 1995).

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.